```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 05953
   WENDALL R GALLOWAY
   LATRINA C GALLOWAY                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1391    SSN XXX-XX-9817
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 03/13/2008 and was confirmed 05/29/2008.

The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

The case was dismissed after confirmation 06/19/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC MORTGAGE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| VILLAGE OF HINSDALE | UNSECURED | NOT FILED | .00 | .00 |
| A/R CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| COOK COUNTY STATES ATTOR | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CENTURY 21 | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| FCNB MASTERTRUST | UNSECURED | 896.46 | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | 612.63 | .00 | .00 |
| ILLINOIS STATE TOLL HIGH | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | .00 | .00 | .00 |
| BLU ASSOCIATES INC | UNSECURED | NOT FILED | .00 | .00 |
| MUNICIPAL COLLECTION SER | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OFFICE OF TRAFFIC COMPLI | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PRUDENTIAL | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | 87.38 | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1462.67 | .00 | .00 |
| SHAFFER & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| STATEWIDE CREDIT ASSOCIA | UNSECURED | NOT FILED | .00 | .00 |
| T-MOBILE USA | UNSECURED | 739.81 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1409.34 | .00 | .00 |
| VENGROFF & WILLIAMS ASSO | UNSECURED | NOT FILED | .00 | .00 |

```
BLU ASSOCIATES INC       UNSECURED     NOT FILED          .00         .00
GMAC MORTGAGE            CURRENT MORTG       .00          .00         .00
GMAC MORTGAGE            MORTGAGE ARRE   4681.65          .00         .00
WASHINGTON MUTUAL BANK   CURRENT MORTG       .00          .00         .00
WASHINGTON MUTUAL BANK   MORTGAGE ARRE  13612.58          .00         .00
T-MOBILE USA             UNSECURED        197.48          .00         .00
CATALYST INTERVENTIONS   UNSECURED       2265.59          .00         .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      1.50          .00         .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,500.00                  742.94
TOM VAUGHN               TRUSTEE                                     64.60
DEBTOR REFUND            REFUND                                     173.40
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  980.94

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    742.94
TRUSTEE COMPENSATION                               64.60
DEBTOR REFUND                                     173.40
                        ---------------    ---------------
TOTALS                   980.94                   980.94

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 09/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE